IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL JENNINGS,

    Petitioner,                  No. CIV S-07-1427 LKK KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                FINDINGS AND RECOMMENDATIONS

/

        Petitioner is a California civil detainee proceeding pro se. He challenges, by way of application for writ of habeas corpus, a 2005 civil commitment order issued by the Superior Court of Shasta County. A review of court records indicates that petitioner is challenging the same finding in CIV-S-07-0708 FCD GGH P. Therefore this matter should be dismissed as duplicative. If petitioner wishes to assert grounds for relief other than those currently before the court in CIV-S-07-0708 FCD GGH P, petitioner should file a motion for leave to amend in that case under Federal Rule of Civil Procedure 15.

        Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 days after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4 shall be served and filed within ten days after service of the objections.  The parties are advised
5 that failure to file objections within the specified time may waive the right to appeal the District
6 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

7 DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
jenn1427.frs